**Gayl Theresa PAYTON, Plaintiff,**

v.

**UNITED STATES of America, Defendant.**

No. 03–30025.

United States Court of Appeals, Fifth Circuit.

Oct. 9, 2003.

Before GARWOOD, JONES and STEWART, Circuit Judges.

PER CURIAM.*

The Court has considered appellant's position after a review of the briefs and record excerpts and in light of the oral arguments. Having done so, we find no reversible error of fact or law in the verdict or judgment.

AFFIRMED.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.